UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Chad Hansen, et al.

                Plaintiff,

v.                                        Case No.: 1:18−cv−00244
                                           Honorable Rebecca R. Pallmeyer

Country Mutual Insurance Company, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 20, 2019:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: The parties having agreed to an amended discovery schedule and to filing of a renewed motion for class certification on May 30, 2020, Plaintiff's earlier motion for class certification [81] is stricken without prejudice. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.